der, individually, etc., and others. No opinion. Judgment affirmed, with costs.

OSTRANDER, Respondent, v. OSTRANDER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 22, 1905.) Action by Edward Ostrander, individually, etc., against Carolina A. Ostrander, impleaded, etc. No opinion. Motion to resettle order denied.

O'SULLIVAN v. UNITED ENGINEERING & CONTRACTING CO. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Michael O'Sullivan against the United Engineering & Contracting Company. No opinion. Judgment and orders affirmed, without costs.

OWEN, Respondent, v. RETSOF MIN. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1905.) Action by Addie Owen against the Retsof Mining Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. See 92 N. Y. Supp. 270.

PALMER et al., Respondents, v. HICKORY GROVE CEMETERY, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1905.) Action by Lizzie M. Palmer and others against the Hickory Grove Cemetery.

PER CURIAM. Judgment affirmed, with costs, upon the opinion of Mr. Justice Woodward on the first appeal. 84 App. Div. 600, 82 N. Y. Supp. 973.

HIRSCHBERG, P. J., dissents.

PALMER, Appellant, v. PINARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Amos W. Palmer against Lucinda D. Pinard. No opinion. Order affirmed, with $10 costs and disbursements.

PARK, Respondent, v. PARK, Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Appeal from Special Term, New York County. Action by Walter E. Park against Edith Park. From an order denying a motion for leave to renew the application to interpose a supplemental answer, defendant appeals. Reversed. A. Carruthers, for appellant. D. May, for respondent.

PER CURIAM. Considering the nature of the action, we think that the defendant should be allowed to serve a supplemental answer. The fact that she did not make the affidavit is explained by her absence in Europe, sick. The order appealed from should be reversed, and the motion granted.

PATTERSON, J., dissents.

PARKER, Appellant, v. GEORGE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Lucy Parker against Solomon George and others.

PER CURIAM. Preliminary objections overruled. Motion to strike appeal from calendar and for judgment denied, without costs, on condition that the appellant, within 10 days after service of a copy of this order, together with notice of entry thereof, procure a certificate of the settlement of the case to be attached to the original record on appeal now on file in the office of the clerk of this court. In the event that such certificate is not so procured and attached to said record, the appeal may be stricken from the calendar, with $10 costs to the respondents.

PARKER, Appellant, v. GEORGE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Lucy Parker against Solomon George and others. No opinion. Judgment affirmed, with costs.

PARSONS, Respondent, v. PARSONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) Action by Amelia C. Parsons against Archelaus H. Parsons.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., dissents.

PARSONS BROS., Inc., Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Parsons Bros., Incorporated, against the city of New York and others. No opinion. Motion to resettle order granted, and order signed.

PARTRIDGE, Appellant, v. RABELL et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by William T. Partridge against Charles T. Rabell and others. W. H. Underwood, for appellant. E. A. Jones, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEIRCE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1905.) Action by Daniel J. Peirce against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal granted, with costs, unless within 20 days the appellant shall perfect its appeal, in which case the motion is denied, without costs.

PELHAM, Appellant, v. BUFFALO, R. & P. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by Emily K. Pelham against the Buffalo, Rochester & Pittsburgh Railway Company. No opinion. Judgment and order affirmed, with costs.

PENATES REALTY CO. v. LEVIN et al. (Supreme Court, Appellate Division, First Department. October 13, 1905.) Action by the Penates Realty Company against Harry Levin and another. No opinion. Appeal dismissed, with $10 costs.

In re PENDER. (Supreme Court, Appellate Division, First Department. September 29,